IN RE:                               FILED      CASE NO. 08-52111-S

MOHAMMAD N. MANOUCHEHRI   2011 APR 21  PM 12: 37  CHAPTER 7
TRACY L. MANOUCHEHRI
     Debtors                                 REPORT OF DIVIDEND
                            U.S. BANKRUPTCY COURT  UNDER FIVE DOLLARS
                            NORTHERN DISTRICT OF
                               OHIO, AKRON

    Harold A. Corzin, Trustee herein, reports that check #115 in the amount of $4.64 was issued on April 6, 2011 to the Clerk of Courts in payment of dividend under $5.00 for the following unsecured creditor:

                                                          Amt. of Dividend

Claim #20     Summa Health System                   $     4.64
               Cuyahoga Falls General Hospital
               Patient Accounting
               PO Box 2090
               Akron, Ohio   44398-6153


TOTAL:                                                     $     4.64


                                                  /s/ Harold A. Corzin
                                                HAROLD A. CORZIN, TRUSTEE
                                                304 N. Cleveland-Massillon Rd.
                                                Akron, Ohio 44333
                                                (330) 670-0770

April 9, 2011

*[handwritten:] Ck # 115*
*[handwritten:] receipt # 82302*